## East End Electric Light, Heat and Power Company's Petition.

OPINION BY KEPHART, J., March 1, 1916:

The questions involved in this opinion are the same as those considered in the preceding appeal of the Relief Electric Light, Heat and Power Company.

For the reasons there given the order is affirmed.

HENDERSON, J., dissents.